```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
MAHMOODA FAROOQI,                        :
                                         :
                    Plaintiff,           :    19cv3436 (DLC)
                                         :
         -v-                             :    ORDER
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
DR. KINGSLEY KWATENG, individually,      :
CLIVE PRYCE, individually, and JOHN      :
LACROIX, individually,                   :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

A pretrial conference was held pursuant to Rule 16, Fed. R. Civ. P., on November 22, 2019. For the reasons stated on the record, it is hereby

ORDERED that the defendants' motion for judgment on the pleadings is granted with respect to the plaintiff's 42 U.S.C. § 1983 claims for: (1) age discrimination, (2) malicious abuse of process, and (3) stigma plus.

IT IS FURTHER ORDERED that the parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **December 13, 2019.**

IT IS FURTHER ORDERED that a schedule will be set that governs the further conduct of pretrial proceedings pending this Court's ruling on the defendants' motion for judgment on the

pleadings with respect to the plaintiff's 42 U.S.C. § 1983 claim for prior alienage and race discrimination, upon which the Court reserved judgment at the November 22 conference.

Dated: New York, New York
November 22, 2019

DENISE COTE
United States District Judge