**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MAHMOODA FAROOQI,

                Plaintiff,                19 **CIVIL** 3436 (DLC)

      -against-                       **JUDGMENT**

NEW YORK DEPARTMENT OF EDUCATION;
KINSLEY KWATENG, individually; CLIVE
PRYCE, individually, and JOHN LACROIX,
individually,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 20, 2021, the Defendants' November 18, 2020 motion for summary judgment is granted; judgment is entered for the defendants, and the case is closed.

**Dated:**  New York, New York
          April 20, 2021

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court
                                 BY:
                                                     Deputy Clerk